O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR09-1037-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| SERGIO CALDERON, ) | JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On March 7, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 16, 2016. Government counsel, Jeff Mitchell, the defendant and his appointed CJA attorney, Thomas Nishi, were present. The U.S. Probation Officer, Aaron Vereen, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on February 16, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on August 30, 2010.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of thirty-six (36) months, under the same terms and conditions previously imposed, with the added condition, as follows:

///

- Defendant shall participate in and successfully complete a cognitive-based life skills program, as approved by the Probation Officer. The defendant may be ordered to pay for all or part of the cognitive-based life skills program costs; and
- Defendant shall submit to a search, at any time, with or without a warrant, and by any law enforcement or Probation Officer, of the defendant's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by an Probation Officer in the lawful discharge of the officer's supervision function.

IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on March 14, 2016. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Third Floor, Los Angeles, California 90012.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   March 10, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
     Catherine M. Jeang, Deputy Clerk