O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR09-1037-CAS-2 |
| Plaintiff, | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| v. | |
| SERGIO CALDERON, | |
| Defendant. | |

On December 6, 2016, and January 5, 2017, this matter came before the Court on petition to show cause why supervised release should not be revoked filed November 29, 2016. The Government, Jeffrey Chemerinsky, the defendant and his appointed attorney, Thomas Nishi, were present. The U.S. Probation Officer, Aaron Vereen, was also present.

The defendant admits the allegations in violation of the Petition on Probation and Supervised Release filed on November 29, 2016.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of August 30, 2010 and March 7, 2016.

IT IS HEREBY ORDERED that defendant's supervised release is hereby revoked, and defendant is committed to the custody of the Bureau of Prisons for a period of THREE (3) MONTHS, as to Count 1, FORTHWITH. Upon release from confinement, defendant shall be placed on supervised release for a term of THIRTY-SIX (36) months, upon the

Case 2:09-cr-01037-CAS   Document 195   Filed 01/05/17   Page 2 of 2   Page ID #:1300

same terms and conditions previously imposed on August 30, 2010, and March 7, 2016, with the following additional conditions:

1) The defendant shall participate for a period of 180 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.  The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.

2) The defendant shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $1.00 for each day of participation.  The defendant shall provide payment and proof of payment as directed by the Probation Officer.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: January 5, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


KIRY K. GRAY
CLERK OF COURT


By:   /S/   _____
        Connie Lee, Deputy Clerk