# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR09-1037-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| SERGIO CALDERON, ) | JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On September 18, 2017, this matter came before the Court on petition to show cause why supervised release should not be revoked filed September 6, 2017. The Government, Jeff Mitchell, the defendant and his appointed attorney, Thomas Nishi, were present. The U.S. Probation Officer, Aaron Vereen, was also present.

The defendant admits the allegations in violation of the Petition on Probation and Supervised Release filed on September 6, 2017.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of August 30, 2010, March 7, 2016 and January 5, 2017

IT IS HEREBY ORDERED that defendant's supervised release is hereby revoked, and defendant is committed to the custody of the Bureau of Prisons for a period of SIX (6) MONTHS, with no supervision to follow.

IT IS FURTHER ORDERED that the defendant surrender himself on or before 12 noon, on September 25, 2017 to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: September 18, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
　　Ingrid Valdes, Deputy Clerk